# E. STEWART
# Jones Hacker Murphy LLP
ATTORNEYS & COUNSELORS AT LAW

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:
TROY OFFICE

MEMO ENDORSED

January 22, 2020

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

RE: Doe v. Garcia et al., 17-cv-8452 (KMK)

Dear Judge Karas,

Please accept this joint letter submission requesting that the status conference presently scheduled for January 29, 2020 at 10:30am be adjourned or removed from the calendar. As the Court is aware from past conferences, plaintiff was negotiating a settlement to globally resolve her case pending at the New York Court of Claims and this action before Your Honor. Plaintiff has reached a settlement, and the parties are finalizing the necessary settlement documents. Upon receipt of the fully executed settlement documents, plaintiff will file a stipulation of voluntary discontinuance in this action.

Thank you for your time and attention to this joint letter request.

Respectfully submitted,

**E. STEWART JONES HACKER MURPHY, LLP**

/s/ Julie A. Nociolo
Julie A. Nociolo, Esq.
Office: 518-274-5820
jnociolo@joneshacker.com

James C. Knox, Esq.
Office: 518-274-5820
jknox@joneshacker.com

Granted.
So Ordered.
1/22/cc

Cc: Brendan M. Horan, Assistant Attorney General, *via ECF*